## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**AMBER DOUGLAS,**

     **Plaintiff,**

                         **Case Number 8:20-cv-670-MSS-AEP**

**v.**

**HEALTHSTAT, INC.,**

     **Defendant.**

_____/

### Notice of Settlement

The Plaintiff, Amber Douglas, notifies the Honorable Court pursuant to

L.R. 3.08(a) that the parties have reached a settlement.

Respectfully submitted this 6th day of May 2020,

/s/ Bernard R. Mazaheri_____

Bernard R. Mazaheri

Florida Bar Number 643971

Mazaheri & Mazaheri

325 Shelby Street

Frankfort, Kentucky 40601

Tel – (863) 838-3838

Email – bernie@thelaborfirm.com

*Counsel for Plaintiff*