UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AMBER DOUGLAS,**

    **Plaintiff,**

v.                                                            **Case No: 8:20-cv-670-T-35AEP**

**HEALTHSTAT, INC.,**

    **Defendant.**

_____

## ORDER

On October 22, 2020, the Court held a hearing on Plaintiff's Motion to Reopen Case, (Dkt. 12), Defendant's Objection to the Motion, (Dkt. 15), Defendant's Amended Motion to Enforce Settlement Agreement and Objection to Plaintiff's Motion to Reopen the Case, (Dkts. 15, 16), and Plaintiff's Response in opposition thereto. (Dkt. 19) For the reasons set forth on the record at the hearing, the Court hereby the Court **ORDERS** as follows:

1. The Clerk is directed to **SEAL** the following items on the docket:

    a. Plaintiff's Motion to Reopen Case, (Dkt. 12);

    b. Defendant's Motion to Enforce Settlement Agreement and Objection to Plaintiff's Motion to Reopen the Case, (Dkt. 14);

    c. Defendant's Amended Motion to Enforce Settlement Agreement and Objection to Plaintiff's Motion to Reopen the Case, (Dkts. 15, 16);

    d. The Notice of General Denial filed by Attorney Mazaheri, (Dkt. 17);

    e. The Court's July 24, 2020 Order, (Dkt. 18); and

    f. Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Enforce Settlement. (Dkt. 19)

    g. The transcript of the hearing in this matter, if any portion thereof is ever filed.

2. Plaintiff's Motion to Reopen Case, (Dkt. 12), and Defendant's Amended Motion to Enforce Settlement Agreement, (Dkt. 16), are **DENIED** and these pleadings shall be **STRICKEN** from the record.

3. This case shall remain **CLOSED.**

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of October, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party